IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff/Respondent, | § § | |
| V. | § § | CR. No. C-05-424<br>C.A. No. 06-249 |
| JOSE DANIEL GONZALEZ, | § § | |
| Defendant/Movant. | § | |

## **FINAL JUDGMENT**

The Court enters final judgment denying without prejudice defendant Jose Daniel Gonzalez's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

ORDERED this 27th day of September 2006.

_____
HAYDEN HEAD
CHIEF JUDGE